Barbara J. LATTIMORE,
Plaintiff–Appellant,

v.

BANK OF AMERICA HOME
LOANS, Defendant,

Bank of America, N.A., Defendant–
Appellee.

No. 14–12298

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 6, 2014.

Barbara J. Lattimore, Covington, GA, pro se.

Jarrod Sean Mendel, McGuirewoods, LLP, Atlanta, GA, for Defendant–Appellee.

Before WILLIAM PRYOR, JORDAN, and BLACK, Circuit Judges.

PER CURIAM:

Barbara Lattimore, proceeding *pro se*, appeals from the district court's order denying her post-judgment motions for reconsideration in her suit against Bank of America, N.A. for claims related to a foreclosure on her home mortgage. The district court, in a single order, denied both motions as untimely, and alternatively, on the merits.

On appeal, Ms. Lattimore does not contest the district court's finding that her post-judgment motions were untimely, nor does she dispute the district court's conclusion that her motions for reconsideration failed on the merits. While we construe "briefs filed by *pro se* litigants liberally, issues not briefed on appeal by a *pro se* litigant are deemed abandoned." *Timson v. Sampson,* 518 F.3d 870, 874 (11th Cir. 2008) (citations omitted). By failing to address the district court's rulings in her initial brief, Ms. Lattimore has abandoned any challenge to them on appeal.[1]

Rather than address the district court's bases for denying her motions, Ms. Lattimore makes numerous arguments regarding the merits of her underlying case and raises new claims against Bank of America. We have held that "except when we invoke the 'plain error doctrine,' which rarely applies in civil cases, we do not consider arguments raised for the first time on appeal." *Ledford v. Peeples,* 657 F.3d 1222, 1258 (11th Cir.2011). Accordingly, we decline to address the issues Ms. Lattimore raises in her initial brief.

**AFFIRMED.**

---

1. Ms. Lattimore did not file a reply brief.